1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re K.C., by and through her Guardian Ad Litem, | Case No.: 2:14-CV-02614-JAM-DAD |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| GORDON MEDD, in his individual and official capacities as Superintendent of Loomis Union School District, ERICA SLOANE, in her individual and official capacities as director of Loomis Basin Charter School, KATIE MESSERLI, in her official capacity as acting director of Loomis Basin Charter School, and DOES 1 THRU 100, | |
| Defendants. | |

        Based upon the stipulation of the parties, the above-captioned case is dismissed with prejudice.

 SO ORDERED.

Dated: February10, 2015

                                         /s/ John A. Mendez_____
                                         Hon. John A. Mendez,
                                         United States District Judge for the
                                         Eastern District of California

-1-